Steven W. Ritcheson (SBN 174062)
INSIGHT, PLC
578 Washington Blvd. #503
Marina del Rey, CA 90292
(T) 818-744-8714
(F) 818-337-0383
swritcheson@insightplc.com

***Attorneys for Plaintiff***
***Terrestrial Comms LLC.***

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRESTRIAL COMMS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>RAZER USA LTD.,<br><br>    Defendant. | Case No. _____<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Terrestrial Comms LLC ("Plaintiff" or "Terrestrial") hereby asserts the following claims for patent infringement against Defendant Razer USA LTD., ("Defendant" or "Razer"), and alleges, on information and belief, as follows:

## THE PARTIES

1. Terrestrial is a limited liability company organized and existing under the laws of Texas with its principal place of business at 17330 Preston Road, Suite 200D, Dallas, Texas 75252.

2. On information and belief, Defendant is a corporation organized and existing under the laws of Delaware that maintains an established place of business at 9 Pasteur, Suite 100, Irvine, California 92618. Razer may be served with process through its registered agent, Michael Dilmagani, 9 Pasteur, Suite 100, Irvine, California 92618.

## JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, 35 U.S.C. § 1, *et seq*. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

4. Defendant has committed acts of infringement in this judicial district.

5. On information and belief, the Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in the state of California, has conducted business in the state of California, and/or has engaged in continuous and systematic activities in the state of California.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in the Central District of California.

7. Venue is proper in the Central District of California pursuant to 28 U.S.C. §§ 1391

(b)-(d) and 1400(b) because Razer has committed acts of infringement in the Central District of California and has a regular and established place of business in the Central District of California.

## ACCUSED PRODUCTS

8.     Upon information and belief, Defendant makes, uses, imports, sells, and/or offers for sale the Razer Mamba Wireless Mouse, (collectively the "Accused Products").

9.     Upon information and belief, Defendant encourages and supports the use of the Accused Products through its online support, advertising, and licensing relationships with resellers.

## THE PATENTS-IN-SUIT

10.     On August 12, 2008, United States Patent No. 7,411,552 (the "'552 patent"), entitled "Grounded Antenna for a Wireless Communication Device and Method," was duly and lawfully issued by the U.S. Patent and Trademark Office.

11.     Terrestrial is the assignee and owner of the right, title and interest in and to the '552 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

12.     On December 6, 2005, United States Patent No. 6,973,133 (the "'133 patent"), entitled "Integrated Radio Frequency Interface," was duly and lawfully issued by the U.S. Patent and Trademark Office.

13.     Terrestrial is the assignee and owner of the right, title and interest in and to the '133 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

14.     On February 11, 2003, United States Patent No. 6,519,290 (the "'290 patent"), entitled "Integrated Radio Frequency Interface," was duly and lawfully issued by the U.S. Patent

and Trademark Office.

15.     Terrestrial is the assignee and owner of the right, title and interest in and to the '290 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

16.     On March 20, 2007, United States Patent No. 7,193,563 (the "'563 patent"), entitled "Grounded Antenna for a Wireless Communication Device and Method," was duly and lawfully issued by the U.S. Patent and Trademark Office.

17.     Terrestrial is the assignee and owner of the right, title and interest in and to the '563 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 7,411,552

18.     Terrestrial repeats and realleges the allegations of paragraphs 1 through 17 as if fully set forth herein.

19.     Claim 1 of the '552 Patent recites:

1.     A wireless communication device, comprising:

a substrate;

a ground plane positioned on one side of the substrate;

a wireless communication chip electrically connected to said ground plane and
    proximate thereto;

an antenna having a first end and a second end, said first end electrically
    connected to said ground plane; and

said second end comprising an open circuit.

20.     Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant

has infringed and continues to infringe the '552 Patent by making, using, importing, offering for sale, and/or selling the Accused Products.

21.    As exemplified below, the Accused Products satisfy at least Claim 1 of the '552 Patent.

22.    The Accused Product communicates via a wireless USB radio frequency.



https://www.amazon.com/gp/product/B07GBYYSMF/ref=ppx_yo_dt_b_asin_title_o02_s00?ie=UTF8&psc=1



23.    The chipset within the Accused Instrumentality comprise of a substrate and a ground plane positioned on one side of that substrate:



24.    Top view of the substrate and ground plane:



25.    Cross section view of substrate and ground plane:

26.    The Accused Instrumentality includes a wireless communication chip (e.g., Nordic Semi Conductor nRF52840).





https://infocenter.nordicsemi.com/pdf/nRF52840_OPS_v0.5.pdf

27.    The wireless communication chip is electrically connected to the ground plane and proximate thereto.



28.    The Accused Instrumentality comprises an antenna having two ends, one electrically connected to said ground plane and another comprising an open circuit:





29.    The second end of the antenna comprises an open circuit (e.g., not electrically connected).



30.    Terrestrial is entitled to recover from Defendant the damages sustained by Terrestrial as a result of Defendant's infringement of the '552 Patent in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

### COUNT II – INFRINGEMENT OF U.S. PATENT NO. 6,973,133

31.    Terrestrial repeats and realleges the allegations of paragraphs 1 through 17 as if fully set forth herein.

32.    Claim 1 of the '133 Patent recites:

1.    An apparatus comprising:

a circuit configured to

(i)    communicate one or more Universal Serial Bus (USB) data signals via a wireless radio signal comprising a single frequency hopping sequence configured to support one or more USB devices and

(ii) enumerate said one or more USB devices.

33.     Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant has infringed and continues to infringe the '133 Patent by making, using, importing, offering for sale, and/or selling the Accused Products.

34.     As exemplified below, the Accused Products satisfy at least Claim 1 of the '133 Patent.

35.     The Accused Instrumentality is an apparatus comprising a circuit configured to communicate USB data signals over a wireless frequency to one or more USB devices (e.g. a wireless mouse) and to enumerate the USB devices.



https://www.amazon.com/gp/Instrumentality/B07GBYYSMF/ref=ppx_yo_dt_b_asin_title_o02_s00?ie=UTF8&psc=1

36.     The Accused Instrumentality includes a circuit configured to communicate one or more USB data signals to support one more USB devices.

37.     The circuit is a device configured to communicate via wireless radio frequency.





https://fccid.io/RWO-DGRFG6/Test-Report/Test-Report-3946194

38.    The circuit is a device configured to communicate via wireless radio frequency.

ORIGINAL COMPLAINT
No.

11

Gaming Mouse:
Radio Frequency: 2.4Ghz SRD
Operating Frequency: 2400-2483.5Mhz
Max Output power: ≤10dbm
SW version: 1.0

USB Dongle:
Radio Frequency: 2.4Ghz SRD
Operating Frequency: 2400-2483.5Mhz
Max Output power: ≤8dbm
SW version: 1.0

The full Declaration of Conformity can be requested via the following :
Company: Razer (Europe) GmbH
Address: Essener Bogen 23, 22419 Hamburg, Germany
E-mail: compliance@razer.com
Internet address: razer.com

https://fccid.io/RWO-DGRFG6/Internal-Photos/Internal-Photos-3946213

39.    The circuit is operable to communicate with one or more USB devices.



4. Switch on the Razer Mamba Wireless.

Power Off    Power On

Your Razer Mamba Wireless is now ready for use in wireless mode.

USING THE USB WIRELESS RECEIVER ADAPTER

Use the USB wireless receiver adapter to easily access and extend the reach of your USB wireless receiver.

https://fccid.io/RWO-RC30027101/Users-Manual/Users-Manual-3970304

ORIGINAL COMPLAINT
No.

40.     The host device (e.g., computer) communicates data through the circuit (e.g., USB dongle) to a USB device (e.g., mouse) via wireless radio signal.

41.     As an example of this communication, when the user adjusts the RGB lighting within the accused instrumentality via the Razer Synapse software (https://www.razer.com/synapse-3), the LEDs within the mouse will respond.

42.     The circuit operates on a frequency hopping sequence (e.g. Gaussian frequency-shift keying).



https://fccid.io/RWO-DGRFG6/Test-Report/Test-Report-3946194

43.     The circuit operates between 2403 and 2479 MHz.

44.     The frequency hopping sequence supports one or more USB devices (e.g., a wireless mouse).

45.     The Accused Instrumentality is operable to enumerate the USB devices.





"A hardware ID is a vendor-defined string that Windows uses to match a device to an INF file."

https://docs.microsoft.com/en-us/windows-hardware/drivers/install/hardware-ids

46.     Terrestrial is entitled to recover from Defendant the damages sustained by Terrestrial as a result of Defendant's infringement of the '133 Patent in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

### COUNT III – INFRINGEMENT OF U.S. PATENT NO. 6,519,290

47.     Terrestrial repeats and realleges the allegations of paragraphs 1 through 17 as if fully set forth herein.

48.     Claim 1 of the '290 Patent recites:

1.      An apparatus comprising:

a circuit configured to generate a wireless radio signal in response to one or more first Universal Serial Bus (USB) data signals,

wherein said wireless radio signal comprises a single frequency hopping sequence configured to support one or more USB peripheral wireless network devices, and said circuit is configured to

(i) generate said one or more first USB data signals in response to said wireless radio signal and

(ii) enumerate said one or more USB devices.

49.     Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant has infringed and continues to infringe the '290 Patent by making, using, importing, offering for sale, and/or selling the Accused Products.

50.     As exemplified below, the Accused Products satisfy at least Claim 1 of the '290 Patent.

51.     The Accused instrumentality is an apparatus comprising a circuit configured to communicate USB data signals over a wireless frequency to one or more USB devices (e.g. a wireless mouse) and to enumerate the USB devices.



https://www.amazon.com/gp/Instrumentality/B07GBYYSMF/ref=ppx_yo_dt_b_asin_title_o02_s00?ie=UTF8&psc=1

52.     The Accused Instrumentality includes a circuit configured to generate a wireless radio signal in response to one or more first Universal Serial Bus (USB) data signals.

53.     The first data signal below is communicated between the host device and the USB interface.

54.     To set up the USB interface, the client drivers (provided by the host) communicate with the receiver to establish the protocol as described below:



55.    The service shown above is the USB generic parent driver

https://docs.microsoft.com/en-us/windows-hardware/drivers/usbcon/usb-common-class-generic-parent-driver

Some devices group interfaces into *interface collections* that work together to perform a particular *function*. When interfaces are grouped in interface collections, the generic parent driver treats each collection, rather than each individual interfaces, as a device. For more information on how the generic parent driver manages interface collections, see Enumeration of Interface Collections on USB Composite Devices.

After the operating system loads the client drivers for the interfaces of a composite device, the generic parent driver multiplexes the data flow from the client drivers, combining these separate interactions into a single data stream for the composite device. The generic parent is power policy owner for the entire composite device and all of its interfaces. It also manages synchronization and PnP requests.

56.    In response to said first data transaction the device is then registered to the computer and begins transmitting a wireless frequency device to connect to peripheral devices (e.g., a mouse)

ORIGINAL COMPLAINT
No.

https://fccid.io/RWO-RC30027101/Users-Manual/Users-Manual-3970304

57.    The radio signal generated comprises a frequency hopping sequence to support peripheral devices.

58.    The circuit is a device configured to communicate via wireless radio frequency.

ORIGINAL COMPLAINT
No.

59.    The circuit is operable to communicate with one or more USB peripheral wireless devices.



https://fccid.io/RWO-RC30027101/Users-Manual/Users-Manual-3970304



60.    The circuit operates on a frequency hopping sequence (e.g., Gaussian frequency-shift keying).

## 3. GENERAL INFORMATION

### 3.1 GENERAL DESCRIPTION OF EUT

| Equipment | USB Dongle | |
|---|---|---|
| Brand Name | RAZER | |
| Test Model | DGRFG6 | |
| Series Model | N/A | |
| Model Difference | N/A | |
| Product Description | Operation Frequency | 2403-2479 MHz |
| | Modulation Technology | GFSK |
| | Bit Rate of Transmitter | 2 Mbps |
| | Peak Power (Max.) | 4.20 dBm |
| Power Source | Supplied from USB Port | |
| Power Rating | DC 5V 500mA | |

Note:
1. For a more detailed features description, please refer to the manufacturer's specifications or the user's manual.

https://fccid.io/RWO-DGRFG6/Test-Report/Test-Report-3946194

61.     The circuit operates between 2403 and 2479 MHz..

62.     The frequency hopping sequence supports one or more USB peripheral devices (e.g. mouse).

63.     The device generates a USB data signal in response to said wireless radio signal.

64.     The circuit is a device configured to communicate via wireless radio frequency (e.g., 2.4 GHz wireless radio).

Gaming Mouse:
Radio Frequency: 2.4Ghz SRD
Operating Frequency: 2400-2483.5Mhz
Max Output power: ≤10dbm
SW version: 1.0

USB Dongle:
Radio Frequency: 2.4Ghz SRD
Operating Frequency: 2400-2483.5Mhz
Max Output power: ≤8dbm
SW version: 1.0

The full Declaration of Conformity can be requested via the following :
Company: Razer (Europe) GmbH
Address: Essener Bogen 23, 22419 Hamburg, Germany
E-mail: compliance@razer.com
Internet address: razer.com

https://fccid.io/EMJDHSA-P001D/Internal-Photos/Internal-Photos-3733585

65.     The circuit is operable to communicate with one or more USB devices (e.g. a mouse).

66.     The mouse communicates via a wireless frequency:



| | |
|---|---|
| **CCS** Compliance Certification Services Inc. | Report No.: SZ061204B02-RP(TX) |

**2   EUT DESCRIPTION**

| | |
|---|---|
| Product | Razer Mamba Wireless Laser Gaming Mouse |
| Trade Name | RAZER |
| Model Number | RC30-001201 |
| Model Discrepancy | N/A |
| Serial Number | N/A |
| Power Supply | DC3.7V supplied by the battery |
| Frequency Range | 2402-2480MHz |
| Transmit Power | 89.57 dBuV/m (Max.) |
| Modulation Technique | GFSK |
| Number of Channels | 79 Channel |
| Antenna Specification | PCB Antenna with 3.85 dBi gain(Max) |

Note: 1. The sample selected for test was engineering sample that approximated to production product and was provided by manufacturer.

2. This submittal(s) (test report) is intended for FCC ID: WX9RC30001201 filing to comply with Section 15.207, 15.209 and 15.249 of the FCC Part 15, Subpart C Rules.

https://fccid.io/WX9RC30001201/Test-Report/Test-report-1047864

ORIGINAL COMPLAINT
No.

67.    The transmitter in the wireless mouse sends a data signal via a radio frequency to the USB device, which receives the radio signals and converts that data into a USB data signal, which is then communicated to the host device





https://fccid.io/WX9RC30001201

68.    The wireless keyboard sends a data signal that is received by the USB transceiver, which communicates said data to the host device (e.g., computer). As an example, when a user clicks the mouse, the computer receives said input.

69.    The Accused Instrumentality is operable to enumerate the USB devices.





"A hardware ID is a vendor-defined string that Windows uses to match a device to an INF file."

https://docs.microsoft.com/en-us/windows-hardware/drivers/install/hardware-ids

70.     Terrestrial is entitled to recover from Defendant the damages sustained by Terrestrial as a result of Defendant's infringement of the '290 Patent in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## COUNT IV – INFRINGEMENT OF U.S. PATENT NO. 7,193,563

71.     Terrestrial repeats and realleges the allegations of paragraphs 1 through 17 as if fully set forth herein.

72.     Claim 1 of the '563 Patent recites:

1.     A wireless communication device, comprising:

a substrate;

a wireless communication chip positioned on said substrate;

a ground plane positioned on said substrate; and

an antenna electrically coupled to said wireless communication chip and electrically shortened at one end to said ground plane.

73.     Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant has infringed and continues to infringe the '563 Patent by making, using, importing, offering for sale, and/or selling the Accused Products.

74.     As exemplified below, the Accused Products satisfy at least Claim 1 of the '563 Patent.

75.     The Accused product communicates via a wireless USB radio frequency.



https://www.amazon.com/gp/product/B07GBYYSMF/ref=ppx_yo_dt_b_asin_title_o02_s00?ie=UTF8&psc=1

**Gaming Mouse:**
Radio Frequency: 2.4Ghz SRD
Operating Frequency: 2400-2483.5Mhz
Max Output power: ≤10dbm
SW version: 1.0

**USB Dongle:**
Radio Frequency: 2.4Ghz SRD
Operating Frequency: 2400-2483.5Mhz
Max Output power: ≤8dbm
SW version: 1.0

The full Declaration of Conformity can be requested via the following :
Company: Razer (Europe) GmbH
Address: Essener Bogen 23, 22419 Hamburg, Germany
E-mail: **compliance@razer.com**
Internet address: **razer.com**

76.    The chipset within the Accused Product comprises of a substrate with a ground plane, antenna and wireless communication chip positioned on one side of that substrate.



77.    Top view of the ground plane:



78.    Cross section view of substrate and ground plane:



79.    The chip is a Nordic Semi Conductor nRF52840 chip, which is a wireless communication RF/Bluetooth Chip.





# nRF52840 Objective Product Specification v0.5

**Key features**
- Bluetooth 5 ready multiprotocol radio
- Bluetooth 5 data rate support: 2 Mbs, 1Mbs, 500 kbs, 125 kbs
- 32-bit ARM® Cortex®-M4F @ 64 MHz
- High speed 2 Mbs data rate
- 104 dB link budget for Bluetooth low energy
- Full-speed 12 Mbs USB controller
- NFC-A tag on-chip
- Software stacks available as downloads
- Application development independent of protocol stacks
- Programmable output power from +8 dBm to -20 dBm
- -96 dBm Sensitivity for Bluetooth low energy
- On-air compatible with nRF52, nRF51, nRF24L, and nRF24AP Series
- ARM® TrustZone® Cryptocell 310 cryptographic accelerator
- RSSI
- Wide supply voltage range +5.5 v to 1.7 v
- Full selection of interfaces SPI/UART/PWM
- Programmable peripheral interconnect (PPI)
- High speed SPI interface 32 MHz
- Quad SPI interface 32 MHz
- EasyDMA for all digital interfaces
- RAM mapped FIFO using EasyDMA
- 12 bit /200K SPS ADC
- 128 bit AES/ECB/CCM/AAR co-processor
- Single-ended antenna output (on-chip balun)
- On-chip DC-DC buck converter
- Quadrature demodulator
- Individual power management for all peripherals
- Regulated supply for external components up to 25 mA

**Applications**
- Advanced wearables
  - Connected watches
  - Advanced personal fitness devices
  - Wearables with wireless payment
  - Connected health
  - Virtual/Augmented Reality applications
- Internet of Things (IoT)
  - Smart home sensors and controllers
  - Industrial IoT sensors and controllers
- Interactive entertainment devices
  - Advanced Remote controls
  - Gaming controllers

https://infocenter.nordicsemi.com/pdf/nRF52840_OPS_v0.5.pdf

ORIGINAL COMPLAINT
No.

27

80.    Cross section view of substrate and wireless chip:



81.    The Accused Instrumentality utilizes an antenna that is electrically coupled to the wireless communication chip and electrically shorted at one end to said ground plane:



82.    Wireless communication chip electrically coupled to antenna:

ORIGINAL COMPLAINT
No.



83.    One end is electrically shorted at the ground plane:



84.    Terrestrial is entitled to recover from Defendant the damages sustained by Terrestrial as a result of Defendant's infringement of the '563 Patent in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284..

## PRAYER FOR RELIEF

WHEREFORE, Terrestrial respectfully requests that this Court enter judgment against Defendant as follows:

ORIGINAL COMPLAINT
No.

A.      An adjudication that Defendant has infringed the '133, '290, '563, and '552 Patents;

B.      An award of damages to be paid by Defendant adequate to compensate Terrestrial for Defendant's past infringement of the '133, '290, '563, and '552 Patents and any continuing or future infringement through the date such judgment is entered, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

C.      A declaration that this case is exceptional under 35 U.S.C. § 285 and an award of Terrestrial's reasonable attorneys' fees; and

D.      An award to Terrestrial of such further relief at law or in equity as the Court deems just and proper.

## **JURY TRIAL DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully demands a trial by jury on all issues triable by jury.

Dated: March 29, 2021              **INSIGHT PLC**


By:    */s/ Steven W. Ritcheson*
           Steven W. Ritcheson, Esq.

Attorneys for Plaintiff
Terrestrial Comms LLC