| | |
|---|---|
| Steven W. Ritcheson (SBN 174062)<br>INSIGHT, PLC<br>578 Washington Blvd. #503<br>Marina del Rey, CA 90292<br>(T) 818-744-8714<br>(F): 818-337-0383<br>swritcheson@insightplc.com<br><br>*Attorneys for Plaintiff*<br>*Terrestrial Comms LLC* | CHRISTOPHER KAO (SBN 237716)<br>  christopher.kao@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA  94111-5998<br>Telephone:     415.983.1000<br>Facsimile:      415.983.1200<br><br>*Attorneys for Defendant Razer USA Ltd.* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRESTRIAL COMMS LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>RAZER USA LTD.,<br><br>            Defendant. | CASE NO. 8:21-CV-00587-JWH-JDE<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY PROCEEDINGS** |

Plaintiff Terrestrial Comms LLC ("Plaintiff" or "Terrestrial") and Defendant Razer USA Ltd. ("Defendant" or "Razer") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby notify the Court that they have reached an agreement in principle, which would resolve all matters in controversy between Plaintiff and Defendant in the above-captioned action.  Accordingly, the Parties file this joint motion to stay all deadlines for thirty (30) days so that they can finalize the settlement and submit appropriate dismissal papers.  The Parties anticipate that they will file papers to dismiss the case with prejudice within that period.  The Parties request this stay, not for the purpose of delay, but so they can complete the settlement and finalize dismissal papers without burdening the Court and incurring additional expense.

1

NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY PROCEEDINGS

Dated: January 26, 2022                     Respectfully submitted,

By: /s/ Steven W. Ritcheson                 By: /s/ Christopher Kao

Steven W. Ritcheson, Esq. (SBN 174062)      Christopher Kao, Esq. (SBN 237716)
**INSIGHT, PLC**                            **PILLSBURY WINTHROP SHAW PITTMAN LLP**
578 Washington Blvd. #503                   Four Embarcadero Center, 22nd Floor
Marina del Rey, California 90292            San Francisco, CA 94111
Telephone: (424) 289-9191                   Tel: (415) 983:1000
Facsimile: (818) 337-0383                   Fax: (415) 983-1200
Email: swritcheson@insightplc.com           christoper.kao@pillsburylaw.com

*For Plaintiff*, TERRESTRIAL, COMMS LLC     *For Defendant*, RAZER USA LTD.

NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY PROCEEDINGS