Steven W. Ritcheson (SBN 174062)
INSIGHT, PLC
578 Washington Blvd. #503
Marina del Rey, CA 90292
(T) 818-744-8714
(F): 818-337-0383
swritcheson@insightplc.com

*Attorneys for Plaintiff*
*Terrestrial Comms LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRESTRIAL COMMS LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>RAZER USA LTD.,<br><br>    Defendant. | Case No. 8:21-cv-00587 JWH-JDE<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Terrestrial Comms LLC hereby stipulates to the dismissal of all claims asserted in this action with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| Dated: February 2, 2022 | Dated: February 2, 2022 |
| Respectfully submitted, | Respectfully submitted, |
| INSIGHT, PLC | Pillsbury Winthrop Shaw Pittman LLC |
|   */s/ Steve W. Ritcheson*<br>Steven W. Ritcheson (SBN 174062) |   */s/ Christopher Kao*<br>Christopher Kao (SBN 237716) |
| *Attorneys for Plaintiff*<br>*Terrestrial Comms LLC* | *Attorneys for Defendant*<br>*Razer USA Ltd.* |

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/  Steven W. Ritcheson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served upon all counsel of record via the Court's ECF system on February 4, 2022.

/s/  Steven W. Ritcheson